**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICK NICHOLAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. LORTON *WARDEN OF PHILA. HOC*** | : | **NO. 16-641** |
| | : | |

**ORDER**

AND NOW, this 1st day of March, 2017, upon consideration of plaintiff's third amended complaint (ECF No. 16) and his motion to proceed *in forma pauperis* (ECF No. 17), it is ORDERED that:

1. The third amended complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The motion to proceed *in forma pauperis* is DENIED as unnecessary because plaintiff has already been granted leave to proceed *in forma pauperis* in this matter.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

***/s/ Lawrence F. Stengel***
**LAWRENCE F. STENGEL, J.**